420 A.2d 1043

**James E. WYNKOOP, Appellant,**

v.

**WARWICK BOARD OF SCHOOL DIRECTORS, Appellee.**

Supreme Court of Pennsylvania.

Argued April 14, 1980.

Decided Sept. 22, 1980.

---

Gerald E. Ruth, York, for appellant.

Roger S. Reist, Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

Order of the Commonwealth Court is affirmed.

ROBERTS, J., filed a dissenting opinion.

ROBERTS, Justice, dissenting.

I dissent. The Local Agency Law, Act of December 2, 1968, P.L. 1133, § 4, 53 P.S. § 11304, required appellee school district to provide appellant James Wynkoop a hearing before terminating his contract of employment. Because appellant's termination did not become valid under the act until he was provided with a proper hearing, he is entitled to appropriate relief.